FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
March 25, 2021 4:46 pm (ea)
Michelle Rynne, Clerk of Court

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

CRAIG S. NOLAN
MICHAEL NAMMAR
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Craig.Nolan@usdoj.gov
        Michael.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 21-00041 JMS |
| Plaintiff, | INFORMATION |
| vs. | [18 U.S.C. §§ 1343 and 1346] |
| WILLIAM WONG, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

## Honest Services Wire Fraud
(18 U.S.C. §§ 2, 1343, and 1346)

1. On or about and between January 2017 and March 2020, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, Defendant WILLIAM WONG and Kanani Padeken, charged elsewhere, devised and intended to devise a scheme and artifice to defraud and deprive the citizens of the City and County of Honolulu and its Department of Planning and Permitting ("DPP") of their rights to the honest and faithful services of Padeken, who was then employed by DPP as a Building Plans Examiner, through bribery and the concealment of material information.

2. The purpose of the scheme and artifice was for Padeken to secretly use her official position to enrich herself by soliciting and accepting gifts, payments, and other things of value from Defendant in exchange for favorable official action, and for Defendant to enrich himself by secretly obtaining favorable official action for himself, his companies, and his clients through corrupt means.

3. The scheme and artifice was carried out by the following manner and means, among others:

   a. Padeken solicited and accepted gifts, payments, and other things of value totaling at least $28,400.00 from Defendant. The things of value included a bribe of $1,600.00 paid by check and deposited in

Padeken's account at a credit union in Honolulu, Hawaii on or about October 1, 2018.

      b.     Padeken provided favorable official action on behalf of Defendant as requested and as opportunities arose, including approving building projects submitted for approval to DPP by Defendant ahead of projects previously submitted by others.

      c.     Defendant and Padeken took steps to hide, conceal, and cover up Padeken's activity and the nature and scope of their dealings with each other, including by their use of text messages between Padeken's personal cell phone and Defendant to carry out the scheme, and by their failure to inform DPP of the payments by Defendant to Padeken in exchange for the expedited review of his projects.

4.     For the purpose of executing the aforesaid scheme and artifice to defraud, and attempting to do so, Padeken and Defendant transmitted and caused to be transmitted certain writings, signs, signals, and sounds in interstate commerce, including on or about October 1, 2018, a wire communication by Padeken's credit

//
//
//
//

union for the clearing and payment of a check from Defendant to Padeken for $1,600.00 deposited into Padeken's account.

All in violation of Title 18, United States Code, Sections 2, 1343, and 1346.

DATED: March 25, 2021, Honolulu, Hawaii.


JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii


CRAIG S. NOLAN
MICHAEL NAMMAR
Assistant United States Attorneys


United States v. William Wong
Information
Cr. No.  21-00041 JMS