MK LAW LLC
Megan K. Kau 8078
820 Mililani Street, Suite 701
Honolulu, Hawai`i 96813
Telephone:  (808) 864-8896
Email:      mk@megkaulaw.com

Attorney for Defendant
WILLIAM WONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 21-00041 DKW |
|---|---|
| Plaintiff, | STIPULATION AND ORDER PERMITTING WILLIAM WONG TO TRAVEL |
| vs. | |
| WILIAM WONG, | |
| Defendant. | |

STIPULATION AND ORDER TO TRAVEL

The parties hereby agree that William Wong may leave Oahu to travel as follows.

January 14, 2022 travel from Oahu to Hilo, HI via Hawaiian Airlines 172 at 8:30 a.m.

January 17, 2022 travel from Hilo, HI to Oahu via Hawaiian Airlines 201 at 11:10 a.m.

DATED: Honolulu, Hawai`i, January 11, 2022.

                         */s/ Megan K. Kau*
MEGAN K. KAU
Attorney for Defendant
William Wong

                         */s/ Michael D. Nammar*
MICHAEL D. NAMMAR
Attorney for Plaintiff
United States of America

## ORDER PERMITTING WILLIAM WONG TO TRAVEL

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

William Wong may leave Oahu to travel as follows.

January 14, 2022 travel from Oahu to Hilo, HI via Hawaiian Airlines 172 at 8:30 a.m.

January 17, 2022 travel from Hilo, HI to Oahu via Hawaiian Airlines 201 at 11:10 a.m.

    IT IS SO ORDERED

    DATED: January 11, 2022, Honolulu, Hawai′i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge