MK LAW LLC
Megan K. Kau 8078
820 Mililani Street, Suite 701
Honolulu, Hawai`i 96813
Telephone: (808) 864-8896
Email: mk@megkaulaw.com

Attorney for Defendant
WILLIAM WONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 21-00041 DKW |
|---|---|
| Plaintiff, | STIPULATION; ORDER PERMITTING WILLIAM WONG TO TRAVEL |
| vs. | |
| WILLIAM WONG, | |
| Defendant. | |

### STIPULATION AND ORDER TO TRAVEL

The parties hereby agree that William Wong may leave Oahu to travel for a family vacation as follows.

March 20, 2022 travel from Oahu to San Francisco via United Airlines 372 at 7:15 a.m. Mr. Wong will not leave San Francisco International Airport during his layover.

March 20, 2022 travel from San Francisco to Las Vegas via United Airlines 1860 at 7:10 p.m.

March 20, 2022 - March 24, 2022 lodge at Club Wyndham Desert Blue, 3200 W Twain Ave, Las Vegas, NV 89103; Phone 702-238-1200

March 24, 2022 travel from Las Vegas to San Francisco via United Airlines 1728 at 10:14 a.m.

March 24, 2022 travel from San Francisco to Oahu via United Airlines 300 at 1:30 p.m.

Mr. Wong will provide U.S. Probation and Pretrial Services ("USPPS") with a copy of his travel itinerary prior to travel and will immediately notify his U.S. Probation Officer if any unforeseen deviations from the itinerary notated above occur.

DATED: Honolulu, Hawai`i, March 3, 2022.

/s/ Megan K. Kau
MEGAN K. KAU
Attorney for Defendant
William Wong

/s/Michael D. Nammar
MICHAEL D. NAMMAR
Attorney for Plaintiff
United States of America

/s/
DIANE ARIMA-LINSCOTT
U.S. Probation Officer
United States Probation and Pretrial Services

2

ORDER PERMITTING WILLIAM WONG TO TRAVEL

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

William Wong may leave Oahu to travel as follows.

March 20, 2022 travel from Oahu to San Francisco via United Airlines 372 at 7:15 a.m. Mr. Wong will not leave San Francisco International Airport during his layover.

March 20, 2022 travel from San Francisco to Las Vegas via United Airlines 1860 at 7:10 p.m.

March 20,2022 - March 24,2022 lodge at Club Wyndham Desert Blue, 3200 W Twain Ave, Las Vegas, NV 89103; Phone 702-238-1200

March 24, 2022 travel from Las Vegas to San Francisco via United Airlines 1728 at 10:14 a.m.

March 24, 2022 travel from San Francisco to Oahu via United Airlines 300 at 1:30 p.m.

        IT IS SO ORDERED.

        DATED: __March 8, 2022_____, Honolulu, Hawaiʻi.



 /s/ Derrick K. Watson
JUDGE DERRICK K. WATSON
United States District Court Judge