MK LAW LLC
Megan K. Kau 8078
820 Mililani Street, Suite 701
Honolulu, Hawai`i 96813
Telephone: (808) 864-8896
Email: mk@megkaulaw.com

Attorney for Defendant
WILLIAM WONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>WILLIAM WONG,<br><br>　　　　　Defendant. | CR. NO. 21-00041 DKW<br><br>TRAVEL STIPULATION; ORDER PERMITTING WILLIAM WONG TO TRAVEL |

## TRAVEL STIPULATION

The parties hereby agree that William Wong may leave Oahu to travel for a family vacation as follows.

June 23, 2022 travel from Oahu to Los Angeles via United Airlines 1636 at 3:00 P.M.

June 23, 2022 - June 28, 2022 lodge at Wyndham Dolphin's Cove, 465 West Orangewood Ave, Anaheim, CA 92802; Phone 714-980-0830

June 28, 2022 travel from Los Angeles to Oahu via United Airlines 1431 at 2:24 P.M.

Mr. Wong will provide U.S. Probation and Pretrial Services ("USPPS") with a copy of his travel itinerary prior to travel and will immediately notify his U.S. Probation Officer if any unforeseen deviations from the itinerary notated above occur.

DATED: Honolulu, Hawai`i, May 13, 2022.

/s/ Megan K. Kau
MEGAN K. KAU
Attorney for Defendant
William Wong


/s/ Michael D. Nammer
MICHAEL D. NAMMER
Attorney for Plaintiff
United States of America

/s/ Diane Arima-Linscott
DIANE ARIMA-LINSCOTT
U.S. Probation Officer
United States Probation and Pretrial Services

ORDER PERMITTING WILLIAM WONG TO TRAVEL

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

William Wong may leave Oahu to travel as follows.

June 23, 2022 travel from Oahu to Los Angeles via United Airlines 1636 at 3:00 P.M.

June 23, 2022 - June 28, 2022 lodge at Wyndham Dolphin's Cove, 465 West Orangewood Ave, Anaheim, CA 92802; Phone 714-980-0830

June 28, 2022 travel from Los Angeles to Oahu via United Airlines 1431 at 2:24 P.M.

IT IS SO ORDERED.

DATED: May 16, 2022 at Honolulu, Hawai′i.

Derrick K. Watson
United States District Judge