Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   #2948
1001 Bishop Street, Suite 1180
Honolulu, Hawaii  96813
Telephone Number:  (808) 523-7041
Facsimile Number:  (808) 538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
WILLIAM WONG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 21-00041 DKW |
| Plaintiff, ) | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| vs. ) | |
| WILLIAM WONG, ) | |
| Defendant. ) | |

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW Megan K. Kau, Esq. and enters her withdrawal as counsel for Defendant WILLIAM WONG in the above-entitled action.

William A. Harrison, Esq. hereby enters as counsel for Defendant WILLIAM WONG herein.

DATED:  Honolulu, Hawaii, September 12, 2022.

/s/ Megan K. Kau
MEGAN K. KAU
Withdrawing Counsel for Defendant
WILLIAM WONG

DATED: Honolulu, Hawaii, September 12, 2022.

*William A. Harrison*

WILLIAM A. HARRISON
Substitute Counsel for Defendant
WILLIAM WONG

**ACKNOWLEDGED AND AGREED:**

WILLIAM WONG

DATED : September 13, 2022 at Honolulu, Hawai'i.
**APPROVED AND SO ALLOWED:**

/s/ DERRICK K. WATSON
JUDGE OF THE ABOVE-ENTITLED COURT



UNITED STATES OF AMERICA vs. WILLIAM WONG; CR. NO. 21-00041 DKW
**Notice of Withdrawal and Substitution of Counsel**

2